UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DONALD E. MITCHELL, JR.,

Plaintiff,

v.

WARDEN BRIAN WILLIAMS, *et al.,*

Defendants.

Case No. 2:19-cv-01827-JAD-DJA

ORDER

**I.  DISCUSSION**

Plaintiff, who is an inmate in the custody of the Nevada Department of Corrections ("NDOC"), has filed an application to proceed *in forma pauperis* and has submitted a temporary restraining order with exhibits and three judicial notices. (ECF Nos. 1, 1-1, 1-2, 1-3, and 1-4).  Plaintiff has not filed a complaint in this matter.

Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing a complaint with the court."  Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff thirty (30) days from the date of this order to submit a complaint to this Court.  The Court will defer a decision on the application to proceed *in forma pauperis* until Plaintiff submits a proper initiating document for this case.

**II.  CONCLUSION**

For the foregoing reasons, IT IS ORDERED that a decision on the application to proceed *in forma pauperis* (ECF No. 1) is deferred.

IT IS FURTHER ORDERED that Plaintiff will submit a complaint to this Court within **thirty (30) days** from the date of this order.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.  The Clerk of the Court will also send Plaintiff a copy of his temporary restraining order with exhibits and the three judicial notices. (ECF Nos. 1-1, 1-2, 1-3, and 1-4).

///

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED this 23rd day of October, 2019.

_____
UNITED STATES MAGISTRATE JUDGE