**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Donald E. Mitchell Jr., | Case No.: 2:19-cv-01827-JAD-DJA |
| Plaintiff | |
| v. | **Order Granting Motion to Voluntarily Dismiss** |
| Brian Williams et al., | [ECF No. 6] |
| Defendants | |

Donald E. Mitchell Jr. moves to voluntarily dismiss this case,[1] which has not yet been screened. Federal Rule of Civil Procedure 41(a)(1) allows a plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[2] I grant Mitchell's motion to voluntarily dismiss this action because no responsive pleading has been filed in this case. I dismiss this action without prejudice.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to voluntarily dismiss **[ECF No. 6] is GRANTED** and the application to proceed *in forma pauperis* **[ECF No. 1] is DENIED as MOOT**.

IT IS FURTHER ORDERED that the Clerk of the Court close the case and enter judgment accordingly.

Dated: May 13, 2020

                                                                _____
U.S. District Judge

---

[1] ECF No. 6.
[2] Fed. R. Civ. P. 41(a)(1)(A)(i).